IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 00-00274 CRB |
| v. | **ORDER** |
| YACOV YIDA, | |
| Defendant. | |

Now pending before the Court is the United States' *ex parte* Motion for Nondisclosure and Exclusion of recently received information, which was filed under seal for *in camera* review. After carefully reviewing the government's motion and the evidence, the Court hereby ORDERS the United States to immediately disclose such information to defendant. Furthermore, the United States shall disclose all investigative reports relevant to this information.

**IT IS SO ORDERED.**

Dated: March 30, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2000\0274cr\order re discovery disclosure.wpd