1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES,                          No. C 00-00274-2 CRB

12           Plaintiff,                       **ORDER**

13      v.

14   YACOV YIDA,

15           Defendant.
     _____/
16

17       The government is directed to provide the Court with the criminal history of Benjamin

18   Wizmann and Joseph Gilboa forthwith.

19       **IT IS SO ORDERED.**

20

21

22   Dated: May 5, 2008                       _____
                                               CHARLES  R. BREYER
23                                             UNITED STATES DISTRICT JUDGE

24

25

26

27

28

**United States District Court**
For the Northern District of California

G:\CRBALL\2000\0274cr\Criminal History Order.wpd